IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAUL RATHBLOTT,**<br>            **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **PEOPLESTRATEGY, INC.,**<br>            **Defendant.** | **NO.  15-4293** |

### O R D E R

**AND NOW**, this 4th day of March, 2016, upon consideration of defendant's Motion to Dismiss Amended Complaint (Document No. 17, filed November 20, 2015); Paul Rathblott's Answer and Memorandum of Law in Opposition to PeopleStrategy's 12(b)(6) Motion to Dismiss Rathblott's Amended Complaint (Document No. 18, filed December 4, 2015); Reply in Support of Motion to Dismiss Plaintiff's Amended Complaint (Document No. 21, filed December 11, 2015); Plaintiff Rathblott's Surreply Brief in Support of his Opposition to Defendant's Motion to Dismiss the Amended Complaint (Document No. 26, filed December 30, 2015); Defendant's Motion to Strike Rathblott's Sur-Reply to PeopleStrategy's Motion to Dismiss the Amended Complaint (Document No. 27, filed January 4, 2016); and Plaintiff's Answer and Supporting Memorandum in Response to Defendant's Motion to Strike Plaintiff's' [sic] Surreply Brief (Document No. 28, filed January 6, 2016), for the reasons set forth in the accompanying Memorandum dated March 4, 2016, **IT IS ORDERED** as follows:

   1.      Defendant's Motion to Dismiss Amended Complaint is **GRANTED**. Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**.

   2.      Defendant's Motion to Strike Rathblott's Sur-Reply to PeopleStrategy's Motion to Dismiss the Amended Complaint is **DENIED AS MOOT**.

3. The Clerk of Court shall **MARK** the case **CLOSED**.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**